UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLIFF R MAYNARD,

                Petitioner,

v.

STATE OF WASHINGTON,

                Respondent.

Case No. C19-6184-RBL-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 9], recommending that the Court dismiss petitioner's federal *habeas corpus* petition without prejudice:

    (1)    The Magistrate Judge's report and recommendation is approved and ADOPTED;

    (2)    Petitioner's federal habeas corpus petition (Dkt. 6) is DISMISSED without prejudice; and

    (3)    A certificate of appealability is DENIED; and

    (4)    Petitioner's request for the "Bill of Indictment" (Dkt. 8) is DENIED as moot; and

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

(5)   The Clerk is directed to close this case and to send copies of this Order to the parties and to Magistrate Judge Theresa L. Fricke.

IT IS SO ORDERED.

Dated this 30th day of June, 2020.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2